UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ORVEL P. HALE** | : | **CIVIL ACTION NO.: 6:15-CV-01803** |
| **VS.** | : | **MAGISTRATE JUDGE WHITEHURST** |
| **WOOD GROUP PSN, INC., BORDELON MARINE L.L.C., ENI US OPERATING CO., INC.** | : | **BY CONSENT OF THE PARTIES** |

**PROPOSED JURY VERDICT FORM**
**SUBMITTED BY COMPLAINANT, ORVEL P. HALE**

**INTERROGATORY NO. 1:**

Do you find by a preponderance of the evidence that Wood Group PSN, Inc. was negligent in a manner that was a proximate cause of the accident or injuries to Orvel P. Hale?

Answer:     Yes _____     or     No _____

**INTERROGATORY NO. 2:**

Do you find by a preponderance of the evidence that Bordelon Marine, LLC was negligent in a manner that was a proximate cause of the accident or injuries to Orvel P. Hale?

Answer:     Yes _____     or     No _____

**INTERROGATORY NO. 3:**

Do you find by a preponderance of the evidence that ENI US Operating Company, Inc. was negligent in a manner that was a proximate cause of the accident and injuries of Orvel P. Hale?

Answer:     Yes _____     or     No _____

**INTERROGATORY NO. 4:**

Do you find by a preponderance of the evidence that Orvel P. Hale was contributorily negligent as the cause of his June 3, 2014 accident, and that such contributory negligence was a proximate cause of his injuries?

Answer:     Yes _____     or     No _____

**NOTE TO JURY:**

If you answered **ANY** of the questions 1, 2, 3, or 4 "YES", proceed to answer the remainder of the interrogatories starting with interrogatory No. 5.

If you answered **ALL** of the questions 1, 2, and 3 "NO", have the jury foreperson sign and date in the space provided below, and return the Verdict Form to the Court.

**INTERROGATORY NO. 5:**

If you answered "YES" with regard to any of the three defendants, or with regard to Orvel P. Hale, please apportion below by percentage the part which each caused or contributed to Orvel P. Hale's accident and injuries. The total of all the percentages must equal 100%.

(1) Negligence of Wood Group PSN, Inc.          _____%

(2) Negligence of Bordelon Marine, LLC          _____%

(3) Negligence of ENI US Operating Company, Inc.  _____%

(4) Contributory Negligence of Orvel P. Hale    _____%

Total:   100%

**INTERROGATORY NO. 6:**

Set out the amount of damages that will adequately and fairly compensate Orvel P. Hale for the following:

(Note to Jury: *Do not* make any deductions for Orvel P. Hale's contributory negligence, if any. The Court will make any calculations if necessary).

Past physical pain and suffering:            $_____

Future physical pain and suffering:          $_____

Past mental pain and suffering:              $_____

Future mental pain and suffering:            $_____

Past medical expenses:                       $_____

Future medical expenses:                     $_____

| | |
|---|---|
| Past loss of earning and loss of Employer provided fringe benefits: | $_____ |
| Future loss of earnings or loss of earning capacity, and loss of employer provided fringe benefits: | $_____ |
| Past physical disability, impairment and inconvenience: | $_____ |
| Future physical disability, impairment and inconvenience: | $_____ |
| Past loss of enjoyment of life: | $_____ |
| Future loss of enjoyment of life: | $_____ |

**INTERROGAORY NO. 7:**

Do you find by a preponderance of the evidence that Bordelon Marine, LLC was grossly negligent in a manner that was a legal cause of the injuries to Orvel P. Hale?

Answer:     Yes _____     or     No _____

**NOTE TO JURY:**

If you answered "NO" to interrogatory no. 7, proceed to have the jury foreperson sign and date in the space provided below and return the Verdict Form to the Court.

If you answered "YES" to interrogatory no. 7, proceed to interrogatory No. 8.

**INTERROGATORY NO. 8:**

Set the amount of punitive damages owed by Bordelon Marine, LLC to Orvel P. Hale:

$_____

Have the jury foreperson sign and date in the space below, and return the Verdict Form to the Court.

3

So say we all,

_____
**FOREPERSON OF THE JURY**


_____
**DATE**