UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| ORVEL P. HALE | : | CIVIL ACTION NO.: 6:15-CV-01803 |
| VS. | : | MAGISTRATE JUDGE WHITEHURST |
| WOOD GROUP PSN, INC., BORDELON MARINE L.L.C., ENI US OPERATING CO., INC. | : | BY CONSENT OF THE PARTIES |

**PROPOSED VOIR DIRE QUESTIONS**

Complainant, Orvel P. Hale, respectfully submits the following Proposed Voir Dire Questions.

1. Complainant, Orvel P. Hale, by and through his attorneys, Steven W. Hale and W. Taylor Hale, respectfully requests that this Court propound the following questions to the prospective jurors in the above-captioned matter.

2. On or about June 3, 2014, Complainant, Orvel P. Hale, was employed by Oceaneering International Inc., as a Technician Level One, assigned to perform erosion/corrosion survey services for ENI US Operating Co., Inc. at their Vermillion 313-C unmanned fixed offshore platform located in the Gulf of Mexico. The defendant ENI US Operating Co. Inc., was the leaseholder and operator of the Vermillion 313-C, 313-D and 313-B fixed offshore platforms.

Orvel P. Hale was injured during a personnel basket transfer lift from the stern deck of the M/V WES BORDELON, an offshore supply vessel, owned and operated by the defendant, Bordelon Marine, LLC, when Billy Nolan, an employed mechanic for the defendant, Wood Group, PSN, Inc., who was operating the ENI pedestal crane on the Vermillion 313-C fixed platform,

1

suddenly and unexpectedly jerked the personnel basket from the vessel's stern deck hard and fast before the crane's fast line was properly centered over the personnel basket. This caused the personnel basket to swing out of control and strike a piece of equipment chained down near the passenger loading zone on the vessel, knocking Orvel P. Hale's feet out from under him and causing him to lose his firm grip on the personnel basket netting, resulting in Orvel P. Hale falling a distance estimated to be between eight to ten feet (8-10') to the wooden vessel deck below and causing severe and debilitating personal injuries to Orvel P. Hale.

3. Does any member of the jury panel have any personal knowledge of this accident?

4. The parties of the case are as follows:

   a. Orvel P. Hale, plaintiff-complainant;

   b. Wood Group PSN, Inc, defendant;

   c. Bordelon Marine, L.L.C., defendant; and

   d. ENI US Operating Co., Inc., defendant.

5. Is any member of the jury familiar with any of the parties in this case or ever been employed by any of the parties in this case?

6. The attorneys in the case are as follows:

   a. Steven W. Hale and W. Taylor Hale, attorneys for Orvel P. Hale, with Steven W. Hale & Associates, Inc.;

   b. Ralph E. Kraft and Bryan E. Lege with Kraft Lege, LLC, attorneys for the defendants, Wood Group PSN, Inc, Bordelon Marine, L.L.C., and ENI US Operating Co., Inc.;

7. Is any member of the jury panel familiar with the attorneys in this case or their law firms?

8. The following fact witnesses may testify in this case:

   1. Orvel P. Hale
      125 Blue Bush Road, Oakdale, LA 71463

   2. Kyle Denson
      147 Aubrey Drive
      Houma, LA  70360

   3. Keith "Blu" Cormier
      303 Candleglow Drive
      New Iberia, LA  70563

   4. Billy Nolan
      PO Box 352, Route 3 J. Nolan Road
      Pitkin, LA  70656

   5. Timothy "Tim" Foxworth
      458 Highway 35 South
      Sandy Hook, MS 39478

   6. Cedric Pellerin
      315 Toulouse Drive
      Lafayette, LA  70506

   7. Captain Graig France
      2096 Aimwell Road
      Andrews, SC 29510

   8. Steven Tuttle
      ENI US Operating Company, Inc.
      1200 Smith Street, Suite 1700
      Houston, TX  77002

   9. Barry Soileau
      2972 Spring Prairie Road
      Mamou, LA  70554

   10. Daniel John LeJeune
       11252 Nebert Road
       Elton, LA  70532

11. Mike Belanger
    682 Thompson Road
    Houma, LA 70363

12. Christopher Kijovsky
    Liberty Mutual Insurance Company
    PO Box 7170
    Indianapolis, IN 46207-7170

13. Gary Ratcliffe
    PO Box 7170
    Indianapolis, IN 46207-7170

14. Sam Bataglia
    147 Aubrey Drive
    Houma, LA 70360

15. Phillip S.Auld
    ENI US Operating Company, Inc.
    1200 Smith Street, Suite 1700
    Houston, TX 77002

16. Gary T. Pohlmann
    P.E.C. Safety
    233 General Patton Boulevard
    Mandeville, LA 70471

17. Christopher Galloway
    4199 West Desoto
    Bay St. Louis, MS 39520
    or
    921 Rock Ranch Road
    Carrier, MS 39426

18. Scott Grow
    5004 Railroad Avenue
    Morgan City, LA 70380

19. Jennifer Gray
    5004 Railroad Avenue
    Morgan City, LA 70380

20. Lesa Catalin
    5004 Railroad Avenue
    Morgan City, LA 70380

21. Allison Hadaway
    5004 Railroad Avenue
    Morgan City, LA  70380

22. Cedric Jordan
    1200 Smith Street, Suite 1700
    Houston, TX  77002

23. Brian Clark
    1200 Smith Street, Suite 1700
    Houston, TX  77002

24. Scott Futcher
    1200 Smith Street, Suite 1700
    Houston, TX  77002

25. Dale Angelle
    1200 Smith Street, Suite 1700
    Houston, TX  77002

26. Chris Martin
    682 Thompson Road
    Houma, LA  70363

27. Aaron Portier
    682 Thompson Road
    Houma, LA  70363

Is any member of the jury panel familiar with any of these witnesses?

9. This case involves the following healthcare providers and medical expert witnesses:

1. Dr. William H. St. Martin
   818 Verret Street
   Houma, LA  70360

2. Dr. David J. Guillot
   9372 Highway 165 South
   Woodworth, LA 71485

3. Dr. Steven B. Vidrine
   417 East Lincoln Road
   Ville Platte, LA  70586

5

4. Dr. Erich W. Wolf, II
   1614 Wolf Circle
   Lake Charles, LA  70605

5. Dr. Seth T. Billodeaux
   4345 Nelson Road, Suite 201
   Lake Charles, LA  70605

6. Jesse Champagne, FNP
   855 Belanger Street, Suite 108
   Houma, LA  70360

7. Luke T. Kinnard, P.T.
   901 Verret Street
   Houma, LA 70360

8. Don Kinnard, P.T.
   901 Verret Street
   Houma, LA 70360

9. Kasie Nix, APRN
   1614 Wolf Circle
   Lake Charles, LA  70605

10. Joshua Allen, M.D.
    215 W. Prien Lake Road
    Lake Charles, LA  70601

11. Steve Jones, P.T.
    205 East 5th Ave., Suite A
    Oakdale, LA  71463

12. Brian Heinen
    151 Leon Avenue
    Eunice, LA  70535

13. Dr. Bruce Knox
    3114 Lake Street
    Lake Charles, LA  70601

14. Dr. Stuart A. Bobman
    211 North Third Street, Suite B
    Alexandria, LA  71301

Is any member of the jury panel familiar with any of these witnesses?

10. This case involves the following expert witnesses:

1. Captain David Scruton
   12411 Donna Drive
   Houston, TX  77067

2. Dr. Thomas Arnold
   480 Railsback Road
   Shreveport, LA 71106

3. Jeffery Peterson, M.Ed.
   PO Box 440
   Sulphur, LA  70664-0440

4. G. Randolph Rice, PH.D. economic loss expert.
   7048 Moniteau Court
   Baton Rouge, LA  70809

Is any member of the jury panel familiar with any of these witnesses?

11. What is your current occupation?

   a. How long have you been so employed?

   b. What are your previous occupations, if any?

   c. Have you or any member of your family ever worked in the offshore oil and gas production industry in any fashion?

   d. If so, please explain.

12. Have you ever worked as a supervisor or in a management position before?

   a. How many employees were you responsible for supervising?

   b. Have you ever worked developing or enforcing your employer's policies, procedures or safety rules?

13. Has anyone ever used or been trained in the use of a personnel basket to transfer from the deck of motor vessel to an offshore fixed platform?

14. Have you or a family member ever been employed in any capacity offshore?

    a. If so, by whom were you employed?

    b. What was your job title and job duties?

    c. What was the length of your employment?

    d. Reason for leaving that employment?

15. Have you or a member of your family ever worked on a motor vessel?

    a. If so, by whom were you employed?

    b. What was your job title and job duties?

    c. What was the length of your employment?

    d. Reason for leaving that employment?

16. Have you or a member of your family ever been transported on a boat in the Gulf of Mexico?

17. Have you or a family member ever worked for any law enforcement agency?

18. What is your educational background?

19. Have you ever served in the military?

    a. What branch?

    b. Highest rank achieved upon discharge?

    c. Were you honorably discharged?

20. Please give us the following information about your family:

    a. Are you married?

    b. If so, what is your spouse's current occupation and by whom is your spouse employed?

    c. Do you have any children?

    d. If so, how many?

    e.    What ages?

    f.    What are their occupations, if any?

21. If any of you would answer yes to any of these questions, please raise your hand.

    a.    During the past five (5) years, have any of you served on a jury or been excluded from a jury?

    b.    Was it a civil or criminal case?

    c.    If civil, what, in general, was the case about?

22. Will you be able to put aside your prior jury experience as you sit in this case, to ignore completely anything you learned about the law or evidence in those cases, and decide this case solely on the basis of the evidence that I admit during this trial and on the law as I instruct you in it?

23. There is a substantial difference between the burden of proof in a criminal trial and the burden of proof in a civil case such as this case.

24. In a criminal trial, the prosecution must prove all the essential facts beyond a reasonable doubt.

25. In a civil trial such as this one, by contrast, the burden of proof is less demanding. To win a civil case, the plaintiff must prove all of the essential facts by simply a preponderance of the evidence. The defendant must prove any asserted affirmative defense to plaintiff's claim by a preponderance of the evidence.

26. Have you or any family member ever suffered a serious personal injury?

    a.    When did you suffer your injury?

    b.    What was your injury?

    c.    Did you miss work due to your personal injury?

    d.    Have you made a full recovery? If not, did your injury impact your lifestyle?

27. Have you or any family member ever suffered a serious emotional injury?

28. Have you or a family member ever owned your own business?

29. Has the business ever been sued for an injury at your location?

30. Have you or anyone you know ever been injured on the job?

31. Have you or anyone you know ever had a low back or neck injury?

32. Have you or anyone you know ever had a low back or neck surgery?

33. Have you or anyone you know ever worked as a Level I technician conducting erosion/corrosion inspections offshore?

34. Have you or anyone you know ever worked offshore?

35. Have you or anyone you know ever worked as a crane operator offshore?

36. Have you or anyone you know ever worked on an offshore vessel as a captain, engineer or deckhand?

37. Have you ever been treated for chronic neck or back pain?

38. Have you, or has anyone in your immediate family been a party (either as a plaintiff or a defendant) to any lawsuit, civil or criminal? If so, please raise your hand.

    a.    If so, who (you or a family member) was the party to the case?

    b.    Was the person a plaintiff or a defendant?

    c.    What was the nature of the case?

    d.    Was the case tried by a jury? Outcome?

    e.    Is there anything about that experience that would cause you to question your ability to decide this case fairly and impartially, only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

    f.    Have you ever been a witness in a state or federal court in any lawsuit, civil or criminal? Raise your hand.

    g.    Did you testify for the plaintiff or defendant?

    h.    What was the nature of the case?

    i.    Is there anything about that experience that would cause you to question your ability to decide this case fairly and impartially, solely on the basis of the evidence I admit during this trial and the law as I instruct you in it?

39. Have you, or has anyone in your immediate family, attended law school or have any other training in the law?

    a.    If so, will you put whatever knowledge of the law you may have acquired before today out of your mind during this trial, and will you promise to apply only those legal principles which I instruct you.

40. Do you have any specific feelings or opinions about lawsuits, lawyers or the parties who bring lawsuits, either positive or negative?

41. Do you have any personal objection to lawsuits that seek monetary compensation for injuries and damages suffered?

    a.    Does anyone here believe that a person should not bring a lawsuit to collect damages?

42. Plaintiff in this case is asking for both economic and non-economic damages. Economic damages include monetary costs to Orvel P. Hale such as out-of-pocket

past and future medical expenses and past and future lost wages or loss of earning capacity. Non-economic damages include intangible costs such as physical pain, disability, mental suffering, loss of enjoyment of life, emotional distress, disfigurement and psychological trauma. Do any of you have any personal or moral objections to awarding non-economic damages?

43. Does anyone here not believe that pain and suffering is a legitimate aspect of damages?

44. Is anyone uncomfortable with awarding a substantial amount of money for injuries in a lawsuit, if the supports such an award?

45. Do any of you have any reluctance about serving as a juror?

46. Is there anyone who would feel any reluctance in joining the discussion with the members of the jury during deliberations?

47. Is there anyone who would feel offended if other members of the jury disagree with their view of the evidence?

48. Is there anyone who would be unwilling to change an opinion if, after listening to the arguments of the other members of the jury, you were persuaded your opinion was wrong?

49. Have you, any member of your immediate family or close personal friend ever worked in the medical field? If so, would that experience affect your ability to be fair and impartial in this case?

50. Have you, any member of your immediate family or close personal friend ever worked in the legal profession? If so, would that experience affect your ability to be fair and impartial in this case?

51. Do you have any preconceived notions, prejudices or feelings about people who bring lawsuits or make claims for injuries they have sustained arising out of someone else's negligence?

52. Do you feel that you would have any difficulty in following the Court's instructions on the law?

53. Have you had any personal experiences that you believe would prevent you from rendering a fair and impartial verdict in this personal injury case?

54. Do you have any physical problems or personal commitment problems that would prevent you from sitting on this jury for 5-6 days?

55. Do you believe that you would have any problem for any reason rendering a fair and impartial verdict for any reason?

56. Do you have any bias at all towards the plaintiff for bringing this lawsuit against the defendants or any bias towards the defendants for defending the claim?

57. Does anyone own a vehicle that currently has any decals or bumper stickers on them? If so, what do the bumper stickers say.

58. Have any of you, a family member or close friend ever made a claim for damages whether or not a lawsuit was filed.

                    Respectfully submitted,

                    **STEVEN W. HALE & ASSOCIATES, INC.**
                    **A PROFESSIONAL LAW CORPORATION**

                    */s/ Steven W. Hale*
                    **STEVEN W. HALE, T.A.** (La. Bar No. 6425)
                    **W. TAYLOR HALE** (La. Bar No. 31762)
                    1735 Ryan Street
                    Lake Charles, Louisiana 70601
                    Telephone: (337) 433-0612
                    Facsimile: (337) 433-0613

Email: steven@halelawfirm.com
taylor@halelawfirm.com

**ATTORNEYS FOR ORVEL P. HALE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___ day of November 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ W. Taylor Hale*
**W. TAYLOR HALE**