U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 3 0 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Hale                                         Civil Action No. 6:15-cv-01803

versus                                       Magistrate Judge Carol B. Whitehurst

Wood Group PSN Inc et al                     By Consent of the Parties

## VERDICT FORM

1. Do you find from a preponderance of the evidence that defendant, Wood Group PSN, Inc., was negligent for the incident that occurred on June 3, 2014?

   ____✓____ Yes                             _____ No

   If your answer is yes, proceed to Interrogatory No. 2.

   If your answer is no, proceed to Interrogatory No. 3.

2. If you found that defendant, Wood Group PSN, Inc., was negligent, was such negligence a proximate cause of the injuries to plaintiff?

   ____✓____ Yes                             _____ No

   Proceed to Interrogatory No. 3.

3. Do you find from a preponderance of the evidence that defendant, Bordelon Marine, LLC, was negligent for the incident that occurred on June 3, 2014?

   ____✓____ Yes                             _____ No

   If your answer is yes, proceed to Interrogatory No. 4.

   If your answer is no, proceed to Interrogatory No. 5.

4. If you found that defendant, Bordelon Marine, LLC, was negligent, was such negligence a proximate cause of the injuries to plaintiff?

   ____✓____ Yes                             _____ No

Proceed to Interrogatory No. 5.

5. Do you find from a preponderance of the evidence that defendant, ENI U.S. Operating Co. Inc., was negligent for the incident that occurred on June 3, 2014?

   ____✓____ Yes                              _____ No

   If your answer is yes, proceed to Interrogatory No. 6.

   If your answer is no, proceed to Interrogatory No. 7.

6. If you found that defendant, ENI U.S. Operating Co. Inc., was negligent, was such negligence a proximate cause of the injuries to plaintiff?

   ____✓____ Yes                              _____ No

Proceed to Interrogatory No. 7.

7. Do you find from a preponderance of the evidence that plaintiff, Orvel P. Hale, was negligent in causing the incident which occurred on June 3, 2014?

   ____✓____ Yes                              _____ No

   If your answer is yes, proceed to Interrogatory No. 8.

   If your answer is no, proceed to Interrogatory No. 9.

8. If you found that plaintiff, Orvel P. Hale, was negligent, was such negligence a proximate cause of the injuries to plaintiff?

   ____✓____ Yes                              _____ No

   If you answered Yes to Interrogatory Nos. 2, 4 or 6, proceed to Interrogatory No. 9.

   If you answered No to Interrogatory Nos. 2, 4 and 6, STOP and sign below.

9. In terms of percentages, how do you allocate fault among the parties?

   A. Defendant, Wood Group PSN, Inc.                    60 %

   B. Defendant, Bordelon Marine, LLC                    20 %

   C. Defendant, ENI U.S. Operating Co. Inc.             10 %

   D. Plaintiff, Orvel P. Hale                           10 %

| | |
|---|---|
| Total (this amount must total 100%) | 100% |

10. If you answered Yes to Interrogatories 2, 4 <u>or</u> 6, what sum of money do you find from a preponderance of the evidence to be the total amount of plaintiff's damages? (Without adjustment by application of any percentages you may have given to in Interrogatory No. 9)

| | |
|---|---|
| Past Physical Pain and Suffering | $ 100,000 |
| Future Physical Pain and Suffering | $ 1,500,000 |
| Past Mental Pain & Suffering | $ 75,000 |
| Future Mental Pain & Suffering | $ 225,000 |
| Past Lost Wages | $ 150,000 |
| Future Lost Wages/Loss of Earning Capacity | $ 700,000 |
| Past Medical Expenses | $ 164,000 |
| Past Physical Disability, Impairment and Inconvenience | $ 25,000 |
| Future Physical Disability, Impairment and Inconvenience | $ 75,000 |
| Past Loss of Enjoyment of Life | $ 25,000 |
| Future Loss of Enjoyment of Life | $ 200,000 |

**SO SAY WE ALL** this 30 day of January, 2018 at Lafayette, Louisiana.

**REDACTED**

Jury Foreperson

Have the foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.