**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Orvel P. Hale — Civil Action No. 6:15-1803

versus — Magistrate Judge Carol B. Whitehurst

Wood Group PSN, Inc., et al. — By Consent of the Parties

# JUDGMENT

On January 30, 2018, the jury returned a verdict for plaintiff Orvel P. Hale in the total amount of $3,238,666.02[1] – with 10% comparative fault in the amount of $323,866.60 – and against defendants, Wood Group PSN, Inc., Bordelon Marine, LLC and ENI U.S. Operating Co., Inc.

In accord with the jury verdict rendered on the 30th day of January, 2018,

**IT IS ORDERED** that judgment be and is hereby entered in favor of plaintiff, Orvel P. Hale, and against defendant, Wood Group PSN, Inc., in the amount of One Million Nine Hundred Forty-Three Thousand, One Hundred and Ninety-Nine Dollars and 61 Cents ($1,943,199.61) with pre-judgment interest from the date of judicial demand to the date of entry of judgment at the Louisiana rate of judicial interest and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that judgment be and is hereby entered in favor of plaintiff, Orvel P. Hale, and against defendant, Bordelon Marine, LLC, in the amount

---

[1] This amount includes an award of $164,000.00 for past medical expenses. This Judgment reflects the parties' stipulation that past medical expenses, in fact, totaled $163,666.02.

of Six Hundred Forty-Seven Thousand, Seven Hundred Thirty-Three Dollars and 20 Cents ($647,733.20) with pre-judgment interest from the date of judicial demand to the date of entry of judgment at the Louisiana rate of judicial interest and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that judgment be and is hereby entered in favor of plaintiff, Orvel P. Hale, and against defendant, ENI U.S. Operating Co., Inc., in the amount of Three Hundred Twenty-Three Thousand Eight Hundred Sixty-Six Dollars and 60 Cents ($323,866.60) with pre-judgment interest from the date of judicial demand to the date of entry of judgment at the Louisiana rate of judicial interest and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that defendants Wood Group PSN, Inc., Bordelon Marine, LLC, and ENI U.S. Operating Co., Inc. are taxed with the costs of this proceeding, as may be permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

**JUDGMENT SIGNED** this 1st day of February, 2018 at Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE